# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 3:13-cr-019
Also 3:14-cv-245

    -vs-

District Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

DEQUAN NASIR HEARD,

    Defendant.

## DISMISSAL ORDER

On Motion of the Defendant (Doc. No. 37) pursuant to Fed. R. Civ. P. 41(a), the § 2255 proceeding herein is dismissed and both the above-numbered cases are ORDERED terminated on the docket of this Court. The Report and Recommendations (Doc. No. 36) is withdrawn.

January 13, 2015.

                                       s/ *Michael R. Merz*
                                       United States Magistrate Judge